IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM HENRICHS, on behalf of
RICHARD F. DAVIS,
    Petitioner,

vs.                      Case No.:  3:06cv421/LAC/EMT

RONALD MCNESBY,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 10, 2006. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of objections filed.

Having considered the report and recommendation, and the objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** on the grounds that Petitioner lacks standing to assert claims on behalf of Richard F. Davis, and the abstention doctrine set forth in _Younger v. Harris_, 401 U.S. 37, 91 S. Ct. 746, 27 L. Ed. 2d 669 (1971) applies.

**DONE AND ORDERED** this 30th day of October, 2006.

                                              _s/L.A. Collier_
                                              **LACEY A. COLLIER**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**